UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff

    v.                                  Case No. 08-cr-67-01-SM

Raymond Crosdale,
    Defendant

O R D E R

Defendant Crosdale's motion to continue the trial is granted (document no. 9). Trial has been rescheduled for the month of October 2008. Defendant Crosdale shall file a waiver of speedy trial rights not later than July 25, 2008. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference/Change of Plea Hearing is scheduled for September 26, 2008 at 4:30 p.m.

Jury selection will take place on October 7, 2008 at 9:30 a.m.

SO ORDERED.

                                                  Steven J. McAuliffe
                                                    Chief Judge

July 15, 2008

cc:   Bjorn Lange, Esq.
      Michael J. Zaino, AUSA
      U.S. Marshal
      U.S. Probation