UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
	Government

	v.					Criminal No. 08-cr-67-1-SM

<u>Raymond Crosdale</u>,
	Defendant

## ORDER FOR PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION PURSUANT TO 18 U.S.C. § 4241

The defendant's unopposed motion for psychiatric evaluation pursuant to 18 U.S.C. § 4241 (document no. 8) is granted.  The court hereby orders that a psychiatric or psychological examination of Defendant Raymond Crosdale be conducted, and that a psychiatric or psychological report be filed with the court, pursuant to the provisions of 18 U.S.C. § 4247(b), (c).

Defendant is committed to the custody of the Attorney General for a period not to exceed thirty (30) days for placement in a suitable facility where an examination of the defendant's mental condition can be conducted, or if appropriate, counsel for the parties may seek to agree on an outpatient examination and an appropriate examiner, and advise the court of such agreement.

A hearing under 18 U.S.C. § 4241(c) and scheduling of defendant's trial will be deferred until completion of that examination, and submission of a report to the court.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

August 1, 2008

cc:  Michael J. Zaino, Esq.
     Bjorn R. Lange, Esq.
     U.S. Marshal
     U.S. Probation